# UNITED STATES DISTRCT COURT
# DISTRICT OF MASSACHUSETTS

**Guled Mohamud**

V.

**U.S Security Associates**

CIVIL ACTION

NO._____

## COMPLAINT

1) The plaintiff is a resident of Medford, Middlesex County, Massachusetts.

2) The defendant U.S Security Associates is based in Roswell, Fulton County, Georgia.

3) My case is of discrimination and unlawful termination. My immediate supervisors fired me from my job at U.S Security Associates in Somerville, MA due to discrimination. During my employment as a security officer I had an understanding with my supervisor, Brian, that as a Muslim I will conduct my prayers at my place of work.

On November 2012, Mr. Brian made me sign a warning letter stating that a truck came and could not access the facility and waited for 45 minutes because I was away. I told him that I was in the building and that the only time I left my post for upstairs was for 5 minutes only for prayers. He said I should stop praying at work. I then contacted the manager, Patricia, on this issue and she agreed with Brian's decision making me to sign the letter if I wanted to keep my job.

Weeks later, the manager, Patricia, phoned me and instructed me not to report to work. As such, the last day I worked was on 12/2/2012. I still contacted her every

week requesting to be assigned to another location. After a month out of work, I applied for unemployment, filed a case with the MCAD, and informed her of my decision. She told me that we could negotiate but I declined due to her dishonesty. The MCAD received my complaint and said they will inform the employer and that I should expect response within 30 days. I contacted the MCAD after a month and they said that they had sent me some forms, which I did not receive. They also said that both the defendant and I did not appear for the hearing. I did not receive any invitation for the hearing from the MCAD.

The unemployment department accepted my application and authorized me to receive unemployment benefits of $ 166.00 per week. The manager appealed against this decision and we went for a hearing where my benefits were stopped. I was advised to appeal to a court but I could not afford the fees for lawyer.

Since the MCAD could not resolve this problem I decided to file my case with the United States district court.

I request the court for relief that includes my lost wages from December 2012 to date and the unemployment benefits of $ 4,287 that I expected to pay back to the unemployment department. I also request payment for damages due to emotional distress as deemed by the court. Finally, I request for jury trial.


Sincerely,


Guled mohamud

Address :16 Holton st Medford, MA

Telephone number. 617-748-6206